UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

HERBERT JIMENEZ,

    Plaintiff,

v.

CITY OF MIAMI BEACH,

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW, the CITY OF MIAMI BEACH, (hereinafter "Defendant"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, and hereby files this Notice of Removal of this action to the United States District Court for the Southern District of Florida, and respectfully states as follows:

1. This is a petition for removal of an action filed by Plaintiff, HERBERT JIMENEZ, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, docketed as Case No. 2019-010687-CA-01.

2. In the Complaint, Plaintiff alleges a violation of the maximum hours standards of the Fair Labor Standards Act, 29 U.S.C. § 207.

3. Pursuant to 28 U.S.C. § 1331, District Courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. Thus, this Court has original jurisdiction over Plaintiff's claim arising under the Fair Labor Standards Act, and this action is therefore removable under 28 U.S.C. § 1441(a) and (c).

4. Plaintiff served his Summons and Complaint upon Defendant on April 24, 2019.

5. This Notice of Removal is filed with this Court within thirty (30) days of service of the Summons and Complaint on Defendant.

6. Through undersigned counsel, Defendant consents to the removal of this action.

7. Copies of all pleadings filed in the Circuit Court and served on Defendant are attached hereto as Exhibit A and are incorporated herein by reference.

Dated: May 14, 2019.                                Respectfully submitted,

/s/ Luke Savage
Robert L. Norton
Florida Bar No. 128846
rnorton@anblaw.com
Luke Savage
Florida Bar No. 28387
lsavage@anblaw.com

ALLEN NORTON & BLUE, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel.: (305) 445-7801
Fax: (305) 442-1578
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using e-Filing Portal. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below in the manner specified, either via email or in some other authorized manner for those counsel or parties who are not authorized to receive electronic mailing.

Noah E. Storch, Esq.
Florida Bar No. 85476
noah@floridaovertimelawyer.com
RICHARD CELLER LEGAL, P.A.
10368 W. State Road 84, Suite 103
Davie, FL 33324
Tel.: (866) 344-9243
Fax: (954) 337-2771
Counsel for Plaintiff

/s/ Luke Savage
Attorney